UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. ANDERSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JENNIFER SHAFFER, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0999 KJM CKD P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the court's May 10, 2021 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 17) is granted; and

2. Plaintiff is granted twenty days from the date of this order in which to file objections.

Dated: July 12, 2021

　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12/ande0999.36(2).docx