UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. ANDERSEN, | No.  2:20-cv-0999 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| JENNIFER SHAFFER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 10, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

     Accordingly, IT IS HEREBY ORDERED that:

     1. Plaintiff's request for a waiver of the page limitation (ECF No. 19), construed as a motion, is granted;

     2. The findings and recommendations filed May 10, 2021, are adopted in full;

     3. Plaintiff's first amended complaint (ECF No. 12) is dismissed without leave to amend; and

     4. The Clerk of Court is directed to close this case.

DATED: September 27, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE