UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW S. ANDERSEN,

          Plaintiff,

    v.

JENNIFER SHAFFER,

          Defendant.

No.  2:20-cv-00999-KJM-CKD

ORDER

Plaintiff, a state prisoner proceeding in forma pauperis, sought relief pursuant to 42 U.S.C. § 1983.  Judgment was entered in this action on September 28, 2021.  Following plaintiff's notice of appeal, this matter was referred back to the district court for the limited purpose of determining whether plaintiff's in forma pauperis status should continue or whether the appeal is frivolous or taken in bad faith.  ECF No. 26.

The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a).  After review of the record, the court finds that plaintiff's appeal is not taken in good faith.

/////

1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's in forma pauperis status is

2   revoked.  *See* Fed. R. App. P. 24(a).

3   DATED:  October 28, 2021.

4

5                                                    _____

6                                                    CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28